IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


JON MILLS                                                                                    PLAINTIFF
ADC # 86911


v.                                       No. 2:11-cv-52-DPM


RAY HOBBS, Director, ADC; LARRY MAY,
Chief Director, ADC; TODD BALL, Deputy Warden,
East Arkansas Regional Unit, ADC; DANNY BURL,
Warden, East Arkansas Regional Unit, ADC;
DEXTER PAYNE, Deputy Warden, East Arkansas
Regional Unit, ADC; CORRECTIONAL MEDICAL
SERVICES; S. PALMER; CHARLES STEWART;
MIKE BEEBE, Governor of Arkansas; L. ESTER,
Lieutenant, East Arkansas Regional Unit, ADC; and
ALLCARE PHARMACY                                                      DEFENDANTS


ORDER

Mills has not objected to Magistrate Judge Volpe's two recommended

partial dispositions. *Document Nos. 9 & 44.* The Court sees no legal error in

them and no clear error on the face of the record. FED. R. CIV. P. 72(b)(3) (1983

addition to advisory committee notes). The Court therefore adopts both

proposals and (1) dismisses Governor Mike Beebe and Defendant L. Ester

without prejudice; (2) dismisses all official-capacity claims for monetary

damages; (3) dismisses Mills's claim that Defendants violated policy AR225,

and (4) dismisses all claims against Correctional Medical Services without

prejudice.

      So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  23 January 2012