IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JON MILLS**  **PLAINTIFF**
ADC # 86911

v. No. 2:11-cv-52-DPM

RAY HOBBS, Director, ADC; LARRY MAY,
Chief Director, ADC; TODD BALL, Deputy Warden,
East Arkansas Regional Unit, ADC; DANNY BURL,
Warden, East Arkansas Regional Unit, ADC;
DEXTER PAYNE, Deputy Warden, East Arkansas
Regional Unit, ADC; CORRECTIONAL MEDICAL
SERVICES; S. PALMER; CHARLES STEWART;
MIKE BEEBE, Governor of Arkansas; L. ESTER,
Lieutenant, East Arkansas Regional Unit, ADC; and
**ALLCARE PHARMACY**  **DEFENDANTS**

## JUDGMENT

Mills's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 May 2012